IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Hazel Marie Cowan, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:12cv186 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| Commissioner of Social Security, : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on April 22, 2013 (Doc. 13), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired May 9, 2013, hereby ADOPTS said Report and Recommendation.

Accordingly, the decision of the Commissioner to deny Plaintiff DIB and SSI benefits is hereby **REVERSED and REMANDED** under sentence four of 42 U.S.C. § 405(g).

The Administrative Law Judge is to reevaluate the weight to be given to each treating source opinion and plaintiff's credibility.

This case is hereby **TERMINATED** from the record.

IT IS SO ORDERED.

    s/Susan J. Dlott    
Chief Judge Susan J. Dlott
United States District Court