IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Hazel Marie Cowan, :
:
      Plaintiff(s), :
: Case Number: 1:12cv186
vs. :
: Chief Judge Susan J. Dlott
Commissioner of Social Security, :
:
      Defendant(s). :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on September 30, 2013 (Doc. 21), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired October 18, 2013, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiff's motion for attorney's fees and costs (Doc. 16) is **GRANTED IN PART.** Plaintiff will be awarded the sum of $3,812.50, representing 26.10 hours of attorney time at the statutory rate of $125.00 per hour totaling $3,262.50, plus $550.00 in filing fee and *pro hac vice*.

IT IS SO ORDERED.

                                                             ___s/Susan J. Dlott_____
                                                             Chief Judge Susan J. Dlott
                                                             United States District Court